Case 4:16-cv-00728-MHH-TMP    Document 1    Filed 05/04/16    Page 1 of 32
CV-16-HA-0728-M

FILED

2016 May-04  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2016 MAY -4  A 10: 39

U.S. DISTRICT COURT
N.D. OF ALABAMA

Brent Jacoby

nmate Identification Number: #291560

_____

Enter above the full name of the plaintiff
this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to
notify the clerk in writing of any
address change.*

*Failure to notify the clerk may
result in dismissal of your case
without further notice.*

vs.

Wardens Carter, Estes, Specks,
Lt. Jones, officer Gutherie (John Doe #1 and 2)
Commissioner Dunn, Nurse
Administrative Jane Doe, Dr. Wilson,
Cpt. Moses

Enter above full name(s) of the defendant(s)
this action)

Jury Trial
Demanded

Verified 42 USC 1983
Complaint submitted by
Pro Se, Plaintiff, Brent
Jacoby

Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ✓ )        No ( )

B.    If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiff:    _____ See Atached _____

Defendant(s): _____

2.    Court (if Federal Court, name the district; if State Court, name the county)

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still
      pending?) _____

_____

6.    Approximate date of filing lawsuit _____

_____

7.    Approximate date of disposition _____

I.    Place of present confinement _____

A.    Is there a prisoner grievance procedure in this institution?
      Yes ( ✓ )          No ( )     medical only Responded !

B.    Did you present the facts relating to your complaint in the state prisoner grievance
      procedure?          Yes ( ✓ )          No ( )

C.    If your answer is YES:

      1.    What steps did you take? _____

      _____

      2.    What was the result? _____

      _____

D.    If your answer is NO, explain why not: _____

_____

_____

_____

_____

II.   Parties.
      In item (A) below, place your name in the first blank and place your present address in the
      second blank.

A.    Name of Plaintiff(s) __Brent Jacoby__

      __1000 St Clair Rd Springville AL__
                                            __35146__
      Address _____

In item (B) below, place the full name of the defendant in the first blank, his official position in
the second blank, and his place of employment in the third blank. Use Item (C) for the names,
positions, and places of employment of any additional defendants.

B.    Defendant __All Said Defendant are__

      Is employed as __Employed at Same address__

      at __ABUE except for Commissioner__

C.    Additional Defendants __Dena who work at__

      __the State Capitol in montgomery__

      __AL for the AL. Dpt. of Corc.__

V.    Statement of Claim

      State here, as briefly as possible, the FACTS of your case. Describe how each defendant is
      involved. Include also the names of other persons involved, dates and places. Do not give any
      legal arguments or cite any cases or statues. If you intend to allege a number of related claims,
      number and set forth each claim in a separate paragraph. Use as much space as you need. Attach
      extra sheets, if necessary.

      __See Attached__

      __All Said defendant are Sued__

      __in their official and Individual__

      __capacities for punitive and compinsetry__

      __Damages !__

RELIEF

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 4/30/16

SIGNATURE

ADDRESS _____ 6000  St. Clair Rd

Springville Al 35146

AIS # _____ 241560

Previous lawsuits

#1) Jacoby v. Onieda County NY # 5-cv-1254? U.S.N.D.C. (N.Y.)
Settled out of Court.

#2) Jacoby v. Fischer et al., # 10-00920
Lost Summary Judgment

#3) Jacoby v. Dosacicki # 07-00342
Dismissed Failure to State claim

#4) Jacoby v. Buncombe Cnty Drug Court # 09-304-03 (W D.N.C)
Dismissed Failure to State Claim

#5) Jacoby v. Baldwin Cnty # 12-cv-0197 U.S.S.D.C
lost in 11th circuit Failed to state missing stolen law work
By Warden Jones

#6) Jacoby v. Baldwin County #12-cv-0366 U.S.S.D.C
Still pending oral Argument 11th circuit

#7) Jacoby V. Baldwin County # 12-cv-0440 U.S.S.D.C
Still pending 11th Circuit oral Argument

#8) Jacoby v. Baldwin County # 13-cv-0070 U.S.S.D.C
pending 11th Cir.

#9) Jacoby V. Commissioner Thomas #15-cv-367 U.S.MD.C
Still pending

#10) Jacoby v. Warden Jones #15-cv-382 U.S.MD.C.
Still pending

#11) Jacoby V. Dr. Pleasant #15-cv-1161 U.S.MDC
Still pending

#12) Jacoby V. Warden Jones #15-cv-543 U.S.MD.D.C
Still pending

#13) Jacoby V. Karla Jones # 15-cv-849 U.S.MD.D.C.
pending in Court of Appeals For missing partial Filing fee

#14) Jacoby V. Gyars 07-00872 WD NY
Settled out of court

I only have 2 strikes
#1) ⟹ # 07-00342 Jacoby v muscicki
#2) ⟹ # 09-304-03 Jacoby V. Buncombe Cnty Drug Ct

#1) Inadequate & Denied Medical
Care. 8th Amendment Violation
Deliberate Indifference towards
A Serious Medical Needs (Cruel
and Unusual punishment)

Supporting Facts) During the month of March
between the 5th and 9th 2016 I was beaten, held
hostage, kidnaped, extorted and raped at knife point.
Inmate Willie Jenkins and Ellis Diggs beat me
with their fists, kicked me, spit on me and made
me stay up for days and put me under the
bed in the cell. A Code was called during a
disturbance on the 9th due to Inmate Jenkins
and Diggs (whom are crips) Jumped on a white
Sissy named "Don" and his "Man" "Tornado". I
managed to run to the Shift office during the
Assaults on these 2 Inmates. I escaped and
Reported the rape and Beatings to Sgt. Trust and Lt.
Borer! They ordered Officer Guthrie at Approx 8:00 AM
to take me to medical and then to the United Way
CRisis Center in Birmingham for Rape Victims. Guthrie
and the medical staff, trust and Borer all knew that
I was crying out in pain from a dislocated finger
and a CRAcked Rib. The swelling and Bruise were

evident. Needless to say I was illegally handcuffed Behind my Back and had my feet shackled for Roughly 3 hours and a 1/2 despite my protest and obvious medical Injuries.

By the time I got to the Causes Center Nurse Farrah and her Assistant seen my pain and Discomfort and Injuries and asked Cuthrie to take the handcuffs off or put them to the front. He said no and wouldn't do it. I told the nurses this was illegal, the cuffs should of been in front with a waist chain and shackles on my feet per policy of D.O.C. to transfer Inmates out the facility. Needless to say he kept saying no cut the clothes off and keep the D.N.A. Evidence on my pants, feeces and Blood And Simen and told the nurses we will drive him back with a sheet around him. The nurse and I Neiver did the anal exam, nor did they get my clothes and told Cuthrie the exam was over and to Just find the clothes Back.

I Drove back to the prison, still cuffed Behind my Back crying out im pain and frustration. Cuthrie Just put me in a cell with nothing but a mattress and soiled clothes and wouldn't get

the Clothes, Truett was upset and had to
work over time, Jones, was of instructed and to their
was mad at me for crying for help and reporting
these people. It's like they didn't want to lock
Willie Jenkins nor Ellis Diggs up (wich they
didn't) and were very rude to me.

I wrote about 6-medical Request
and 2 Greivences because medical Dept. Staff
Dr. Wilson wouldn't help me. I was left in
Agony, crying and screaming for help. X-RAY'r
were given roughly 25 days later! It took
roughly 24 Days Just to see a N.P. and get
Refered for help. EXRAYS ConFirmed Broken Rib-
and other Injuries. Even on the 16th of March
I met with the seg. Brd. and reported my Injuries
to, the Cpt "Malure" and others that were
there and nobody got me to medical and took
my pants for D.N.A. Despite me asking them
to. They seen the "Shit" and "Blood" in me and
ordered me to get new Clothes, my property
and sheets from the Officer, in front of them
But no medical help. I got these Stuff Finally
After a Week of nothing

I Seen the Dr. Rughly 1 month later after the 5th-9th Beatings I took are he stoped the Tylenol #3, I war on, that he ordered without even seeing me 3 or 4 days prior to our present meeting. I told him Im still in pain and everything else that happend, to me. He told me Its only Broken Ribs, they healed up, you aint in pain." He said your finger is fine after I told him I fixed it back in place. He told me I did A Good Job and seen that my finger was Damaged "awhile" ago in the EXRAYS!
To this day Im still hurting bad and cant get no pain medications ordered.

The Corizon Nurse Administrator (Jane Doe) have a duty, to provide me adequate Medical Care and Screen the sick calls and make sure appointments to See Drs and get exrays done but she was delibertaly Indifferent to my needs and didnt treat me in a timely manner. Dr. Wilson has a duty to treat me as a Dr. and see to it that I get Adequate medical CARE. He didint do this in a timely manner and still is denying me pain medicine and Jist has me on Mothrine. Im in constent pain from older Injuries to my Back and Newer injuries to my Ribs and hand. It took Medical and Corizon Staff 30 days Almost to even treat me and see me!

#2) Unsafe and Sanitary housing Conditions
which deprived me of safety, and Life,
Basic Necessities and humane housing Conditions.
8th amendment Cruel - N- Unusual punishment.

Supporting Facts) St Clair Corr facility is a level
5 maximum Security prison and I Arrived here
Around The end of November 2015.

Upon Arrival I was Forced to sleep
In a cell that I wasn't even assigned to, inmates
Are sleeping in closets, out in the T.V. Common Day
Room Areas and move there stuff property at will
to whatever Dorm and cell they want to move
to. The Cell Door do not lock nor function properly
and ALL the locks are either Broken or Jimmied
not to lock in the population Dorms. Mice and
Rats are infested everywhere and Run around like
they Own the Joint and are a Bunch of "Rodent
Inmates" at will all up in the Dorms, Cells,
kitchen Areas, Etc. Etc. There must be 5000-10000
mice here. It's disgusting. You Cant even eat your
Food without Seeing mice and you have to Litterally
tie your food in your cells Off the Floor on to the
Cieling or From the Air Vents and Lite Fixtures in
Bags to keep the mice From getting to it.
Torn Down Sheet metal, Broken pipes and
window Fixtures and Lite Fixtures are every where.

due to inmates making weapons and knives. Not enough officers are employed at the facility and this is due towards Defendants Carter, Estes and Specker, "Wardens", at the St. Clair prison inability to hire, train and supervise their officers and the Commissioners failure to supervise his Wardens at the prisons. That 4 defendants have known through News Casts, Newspres, Bulletins, lawsuits, previous shootings, killings, and Rapes that St. Clair IS out of control by the others, The cell doors are 75 percent dysfunctional and cant even lock to keep inmate safe and in prison at a level 5 Maximum Custody Facility. Defendants simply dont care and are deliberately indifferent to our well beings including myself and cant even have the decency to make a half hearted attempt to fix the doors, Secure these inmates put up Cameras and mirrors and metal detectors. Instead they are leaving them in storage and or not buying any. It's because of Defendants Carter, Estes, Specker and commissioner Dunns deliberate indifference and total disregard to law and my rights that I went through all these Beatings, Rape, Extortion and kidnapping, suffered emotional and Financial as well as physical pain, Broken Bones Bruises and suffered nightmares.

#3) Failure to Protect/ 8th Amendment
Cruel and Unusual punishment deliberate
Indifference.

From the month of ~~Feb.~~ 2016 - ~~April~~ 10th 2016 I
Began Reporting all the physical Abuse, Sexual Abuse and financial
and emotional distress I was going through to Mental Health
Services, Cpt. Ceahm, Wardens Estees, Carter and Specks. I requested
transfer and or to move to the T.C. Program Theraputic Community
Where it is a little Bit more controlled and because I needed
this program to eventually Go back to a level 4 prison and home
one day! Nobody took me seriously, moved me, locked me up for my
protection or did any type of investigation.

On or About March 5th through the 9th 2016 I
was held against my will by Willis Jenkins, Ellis Diggs and
physically/ sexually essaulted and confined to a cell with
numerous Crip Gang members keeping me Secured in Jenkins Cell
and 48 cell in N-2 Dorm. I was Forced to do Sexual Acts
with Jenkins and beaten which ultimately led to me Bleeding at
my Rectum, having Broken Ribs and a dislocated Finger among other
Bruises and cuts. It was horrible and neuer experienced so
much pain, misery and felt so hopeless and helpless in my Life.

I witnessed Jenkins show Videos on his cell
phone to the others in the cube working the night shift
of the 7th and 8th of me and other while Sissys that
he was "trying" to "save" ~~and~~ or punish ~~for~~ whatever Reasons.
Neather one of these John ~~Doe~~ Defendant #1 and #2, working
that night reached out to help me. Jenkins even told them not to let me out
On the 9th of March 2016 I managed to
escape dueing A code that was called due to Jenkins, Diggs
and many other Crip member Jumping on and Beating "Don"
and "Tornado" up. I ran to the shift office for help and was

subsequently taken to the united way Censes Center for help and a Rape Exam. During this time Jenkins showed several more officers his cell phone and video footage of me and others or some type of Justification as to why he was doing what he did to me. Lt. Jones and Sgt. Pruit were Amongst the 2 that I can Remember commenting to me About seeing the video on his phone. But yet nobody took his phone, nobody was wrote up with a disciplinary for the Gang style Beating on "Dsn" and "Tornado" When the Code WAY called and nobody was wrote up for what happened to me.

Jenkins ended up putting a hit out on me in lock up and I Reported it to commissioner Dunn, Warden Specks, Carter, Estes but still nothing was done. I had to endure days up to a week of Antwon Wilson throwing Shit on me and piss and other chemicals through my Feed up Slot and him Striking me with a Broom until I was finally moved. This happened Late March — Early April dates uncertain But nobody including the commissioner, Specks, Carter, and Estes would move me. I couldn't even get cleaning supplies and clean Clothes to clean it all up. It was so horrible to have to sleep and eat and live in another mans Shit and urine with nothing clean to put on. I cried for Days and wrote Everyone I could thnk of for help until one day Sgt. Robertson or Robinson came to work and without the feeeees and urine everywhere and the horrible smell and decided to Finally move me. I wrote detailed Grievances complaints and letters Begging for help But not one defendant Reached out to help me. I had to endure all this ABUS with Broken Ribs and Finger and being the victim of A RAPE made It 10 times worse psychologically on me! I couldnt

even more Around the cell to defend myself due
to my injuries that was being neglected at this time
by medical for reasons unknown at this time. Wilson
twas the Dorm Janitor and war telling everyone I was
A Rat and snitched on the cops and I witnessed
Jenkins pay him ⁴/₀₀ in prison $ to torture me. I
couldn't even eat or sleep out of Fear of being Attacked
Again and suffered hunger pains for days cause I
couldn't even eat with the shit and urine all Around
me.

Cpt. Malone was in charge of the Segregation Unit and has
A Duty to keep inmates safe in lock up not ignore or be
deliberately indifferent towards my health and safety. Wardens
Specks, Carter and Estees Also have a duty to keep inmates
Safe and see to it that their officers are doing there
Jobs and to take my complaints seriously! They chose
to be deliberately indifferent towards my health and
Safety and Ignore my pleas for help. Commissioner Dunn
was even made aware of everything going on but yet
never Responded to my AI15.

#4) Due process Violations/14th Amendment
Violations

Facts;    On or About March 9th 2016 I was locked
up in the segregation unit under a Prison Rape
Elimination Act Violation. PREA. Policy states that
I Should Be put Back in population or Immediately
transfered to Another facility! However here it is 33

days later and im still siting in lock up when the Facts Remain I was the victim of Rape, kidnaping, Extortion and a physical Beating! I have Repeatedly Questioned Commissioner Dunn, Warden Estees, Specks and Carter for an explanation some type of Justification as to why im still being housed in lock up! Nobody is telling me anything and my Attackers are still enjoying their Freedom in population, Rights and privileges! I haven't even had any type of hearings nor notices as to what the Status of my case is, why im still in lock up and whats going on period! Its like everyone up the Chain if command just hopes this goes away! I am and have suffered from faces and crime being thrown at me, being Denied Medical care for my Injuries and been Flat out denied all my procedural protections Set out in Wolf V. McDonell and Sandin V. Conner.

Wardens Specks, Estees, Carter and Commissioner Dunn have a duty to uphold policy and see to it Im being treated Fairly and my Rights arent being Violated! However this isnt the case! Nobody is doing anything and I cant even get a Response from anyone.

(Exhibits A) show letters to and from Commissioners, Wardens and Governor Bentley! (Exhibit B) Shows when I was Given my property! (Exhibit C) shows Medical Complaints. These Are Just samples and not everything that has been written and/or Documented! (Exhibit D) Verification!

Exhibit A

Complaints & letters

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

ROBERT BENTLEY
GOVERNOR

## STATE OF ALABAMA

March 29, 2016

Ms. Lisa Lill
503 Pine Street
Daphne, AL 36526-4123

Dear Ms. Lill:

Thank you for contacting my office regarding your son, Brent William Jacoby (AIS# 291560).

The Alabama Department of Corrections handles all concerns of this nature; therefore, I have directed my staff to forward your correspondence to the Alabama Department of Corrections. I am confident that the appropriate staff member within the Department of Corrections will review your concerns and respond accordingly.

Should you have any additional questions or comments, please contact the Alabama Department of Corrections at (334) 353-3883. Again, thank you for sharing your concerns with me.

If I can be of assistance to you in any other matter, please do not hesitate to contact my office.

Sincerely,

Robert Bentley
Governor

RB/pb/dr

CC: Alabama Department of Corrections

MARCH 17, 2016

The Life of the oppressed Gay White male
In The ALABAMA Dept of Corrections. A Complaint
Lived, Survived, and Told By Brent W Jacoby.

To: My Dearest Mother and Angel in disguise,
P.R 2A, Katie Gorman, Ruise Freak, her Friend,
Director of Investigations Intelligence Division,
Commissioner Dunn and the Warden of St Clair.

This Nightmare starts from where I filed lawsuits
in the middle District Court of ALABAMA Against
Cpl. Pamela HARRIS and Warden Jones of Ventress
Correctional Facility (a Level 4 camp medium Custody)
Pamela HARRIS then Retaliated against me
and said I hit her in the head with a Food tray.
Please Note that I have never been charged with a criminal
or institutional had a assult charge. However it was
This Bogus ass charge that got me thrown in a
Level 5 MAX St Clair.
My 1st day at St Clair as a 150 pound
Gay White male 30 years of age started the horror
story ive always heard of but never believed would
happen to me, my Friend (Gay) "Brian John Spears" and
"Jimmy Whalen". We were forced to move into,
Cells that weren't assigned to us or go to lock
up. I ended up in a Cell in M-34 with Derik
Burt Who is a Crip and was Forced into a
Gay homosexual Relationship out of Fear for
my safety and because I didnt want to go back
to lock up. All I Wanted to do was behave, get
my custody back and eventually make it home
one day.

There aint enough officers here to Control these
Inmates, 1 officer is assigned to watch 2 different
Dorms at a time 1 side and 2 side in wich her
supposed to have eyes in the Bard of his head and
keep 100 Inmates SAFE. The Cell doors dont
Lock, Inmates cant even lock there doors for prefering
to sleep, keep their property safe and to just get
away. Inmates are chillin in unauthorized Areas,
going and coming as they phase, sleeping on the
Floors in the Day Room T.V. Rooms and on the
Benches instead of Locked and secured in their Cells.

No video Cameras are in place Diggs and Cell
phones and Weapons are smuggled in at will and are
often three more cheaper in prison than on the Streets.
Broken Steel metal, ppe and Light Fixtures are
everywhere, There is no Lighting in the Cells to Read or
write after the Sun Sets.

Needless to say A Gay White male or White
male perioud has to pay the Blard male Cops, Bloods
and Gangsta Disciples Sex and $ to Live in population
and Dable to enjoy whatever Lic B, is left these
Gangsters allow them to have from their family.

We give in out of Fear, Cause we dont want to
go to Lock up, want to do programs, major go home.

My poor Mother has been through so
much stress, emotional pain, financial pain and far
of Sorrow over me. Countless times She has
sent these animals money to these Books
Just so I, Could Live half ass Comfitable
have Something and maybe make it home one
day. I'm doing that now as I write
this Cause its so heartbreaking but its abuse
Bad. She dont deserve this, I deserve it

this and Nobody deserves this.
I eventually got tired of getting woken
up by Burt to skp his dick or let Rm put or in
He ask one went to my Friend "Kiwi" michad Mays
who is Black and Gay To help. Ste knew whd I was
going through and introduced Me to "Black Jesus"
Octavius Bittford a Blood whom is Feared by Staff and
Inmates and is a known killer. He promised me my
Freedom and that ID Becky to hangout with my
Gay Friends and enjoy what my Mom sends me. Kiwi
is who I wanted to Really be with but MAX Camp
prison Riot Wouldnt allow for that to happen. I
was sold for $125 = "20 Bags of coffee" and
My next store Draw for $75 would kill the Bill.
However this wasnt the Case. Money was Sent
to Buthid as well from my mom but my Life
was still nothing But Rape, Situation and Kidnapping
This man had a Bad Drug habbit Coca, crack and
weed and laved to Drink. I wasnt allowed to leave
the dorm except for Chow and could not have no
Friends and wasnt allowed to comm office dogg I
was my addiction I shot dope. All these dudes kept trying to
nor did I shoot dope. All these dudes kept trying to
Five Suboxin, ico Cocan, weed and clonk on me
but I wouldnt do it.
Black Jour beat me one day So Bad Case
I got some Spice From Somen. I couldnt even
sit down for a week. The day I war packed up Ready
to go to Suicide watch to get away From him he
got shased in the Neck trying to Rob Someone Named
Huck! He went to the hospital and lock up and
I thought It was over.
However it didnt Stop here.

4 of 7

Here come the Bloods with knives trying to kidnap me and start me talking about I'm Black Jesus properly And I owe $200 or I stay with the Bloods. They know my Mom loves me and will send me $ plus I'm the best looking sissy here that isn't strung out on the needle and dope plus they wanted me to run credit card shit on their phone For $.

This is where Tec, Diggs came into the picture he used to sell me no show WANA is a Crip and isn't Cap "He promised me the world my freedom and protection so he can Be I paid Black Jesus $200 in Coffee and Cigarettes For no.

Things went good for about a week, I housed him by putting $ on his Books and gave him about 4 lb cap of no show Cause I was making it with the Chemical that was stuck into the facility by putting it on Tobacco (They Call it Flacka)

I started falling for $ Jr guard when $ Boys named J.J. Diggs and $ Jr guard when $ Boys Diggs would get mad cause I would go spend time with J.J. (The Enemy) B's Jay" Willie Jenkins" took me from Diggs who is Diggs' Cousin and Cellmate against my will and now I was B's Jay - "Property"

I was scared of B's Jay he is Strung out on Ice and Heroin and would make me suck his dick and or let him Fuck me for 30 minutes to a hour at a time till he got all The drug - wouldn't let him get off so I hated it even more Again they wouldn't let me have the

5 of 7

Took my Friend From me, Kiwi and D.J.
(The only 2-I wanted to willigly Be with
that made me happy)

Jerking Found out I was still smoking No
Show and snuck off to see DJ in a Dorm and asked
me about it I lied to him. And he pulled a knife on
me and hit me and made me tell him the truth, Then he
made me go to my p. nment "Get Fucked how he wants
it or eat my ass bad for 60 Seconds" I chose the
Tape out of Fear. This happend on SAT the 11th of march. He
pulled my draw, shirt and Just Raped me on my Bed for about
20-30 minutes until he came. I cried the while I was in
pain When he Finished he Just pulled his. pants up and left.
When I got off the Bed I seen Blood and shit
Stains on the Bed was cumed up my ass who has Ran and
took all the sheets off the Bed and threw them in my
laudry Bag the Guyle for a couple people now, he poppad my
Cherry standing the 8th I seen Mental Health and explaned
Everything, I was going through and was promised to be
moved to Al-Dorm by a Pogrom When I was dope f
I went to see DJ. tell him everything and he want to
go talk to B, T and others this was 330 to get me
away. Diss and Jerk in "Big Jay" said no they what
330. I was immeditely teld his shal trapped in Jay's
Cell and his Sissy's Cell in the Cell Bit whom he beat
all the time. He wouldnt let me sleep, my hair was cut
they wouldnt feed me, feed me, Bore my finger, Fucked my
T. b. up, pissed on me, made me Suck his dit spit in
me and made me get under the Bed. This went on for 2
days. No officer would help me. He was Showing them
his phone of me wigging out yor No Show to justify
him kidnaping me. He said he was having a Rehags
for Sissys and told All the officers working not to

6 of 7

Let me out the door. A call was placed on that day
the 9th of march because this day Durell up Don and Twinado 2 more
other crips started beating up Don and Twinado 2 more
Gp1 people. This is when I escaped to the shift office.
I was denied adequate Medical Care. The officer
have called me behind the bad in shackles and drove
me to Birmingham to the Prison Center. I was in pain the
whole time cause my hands was Tuked up my A.s. hurt and
they violated putting I should of ben called to the Front
instead the Bad for 4 hour. Officer wouldent even
take my cuffs off to do the Temperture. one Medical
Complaint in to the nurse they said cut the clothing
it will properly have saved him of dry him
and Nothless to say the exam wasent Finished. I told
them The DNA was in my laundry Bag and I had
shit Blood and DNA In my Pants possbly would
get the evidence for me. I got back to the prison
and Big Joy was showing the officer his cell phones,
pictures and videos of it of me wiping out and
having a good time. He would post it to the dorm with
his cell phone cause I wouldent hit up.
           I spit in lock up for 8 days with no
property. Didnt shower or brush my teeth for 4 days
with the same Bloody shit Stained pants on until
I went to the Seg Bored on the 16th and everyone
seen me and helped me get my property 8 days
In pain with nothing But A mattress and soiled
clothes no toilet paper had to use toilet water and
my hand to wash my Ass.

2 of 7

No medical attention was given until the 16th but still never seen a Dr. or got x-rays and my hand and ribs were forced to heal on their own despite the obvious swelling and bruises all over me.

Now im locked in a disciplinary dorm instead of the administrative lockup protective custody dorm with nothing. These animals are still free, getting thier dope smuggled in, talking on phones, getting high and eating good. No disciplinaries were given out. I tried to give the officer my sheets and rag and shitty soiled clothes but they wouldn't take them and send them for the lab. Is justice still happening but my body. Cause? ESS' Blach Warden and Captain don't care cause im a cm white sissy and Jenkins is probably getting dope from them or phones thats why they are allowing this, the white officer are scared. So here I rot in hell to put up with no rights or priviledges suffering in pain and emotional distress when im the victim of rape, kidnapping and extortion.

This complaint is on medical and the officers and administration. And preserve my right to file a lawsuit in the Federal Courthouse Northern District. Medical wont even give me a grievance. Someone needs to do something.

Respectfully submitted

Brent Dudley # 291860
D-31

Exhibit B

Property Sheet

**INSTITUTION:** SCCF

**INMATE** Jacobi Brew w/ 291566 **DATE** 3-16-16

2 Sheets
2 sweat shirts
Soap Dish
Toothbrush holder
Toothpaste
Face Towel
Thermal Top
1 Pedora v
Legal work

1. BIBLE (1)
2. STATIONARY/STAMPS
3. PENCIL (1)
4. SOCKS - WHITE (6 pr.)
5. UNDERSHIRTS/UNDERWEAR - WHITE (6)
6. HANDKERCHIEFS (6)
7. TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS
8. LEGAL PAPERS

9. TENNIS SHOES - WHITE (1 pr.)
10. SHOWER SHOES (1 pr.)
11. RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS
12. WALLET (1)
13. WRIST WATCH (1) - $25.00 VALUE OR LESS
14. WEDDING BAND (1) - $50.00 VALUE OR LESS
15. RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN
16. BOOKS (3) - RELIGIOUS, LEGAL OR EDUCA-TIONAL (APPROVAL BY WARDEN REQUIRED)

## DECLARATION OF VALUE

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $ ___  WRIST WATCH $ ___  WEDDING BAND $ ___

_____ (INMATE SIGNATURE)  _____ (WITNESS)

## PROPERTY STORED IN THE RECEIVING AREA:

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

Sun glasses
1 Rundry bag
1 sweat shirt
4 pr skate drivers          16-022
3 T shirts                  DS#
2 state shirts

_____ (INMATE SIGNATURE)  _____ (WITNESS)

*(See reverse side for instructions)*

N795
Rev. 6/9/83

Exhibit C

Medical

**C✪RIZON** HEALTH™

## Alabama Inmate Grievance

[✓] **Medical Grievance**          [ ] **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME: Brent Jacoby   AIS #: 291560   UNIT: D-2   DATE: 3-18-16

**PART A---Inmate Grievance**

I was the victim of Kidnapping, Extortion and Rape from Jat the 5th through wednesday the 9th until I escaped. During the 9th through this date the 15th I was denied a adequate Rape Exam. I have I-page on my hand and ribs and have complained to even single nurse and the Administration about my lack of treatment. I was called behind my back and drive to Birmingham Rape Center but officer never small, take cuffs off to let Exam be done. Officer and medical would never get my Blood and Shit and Cum Stained pants, Sheets and rag to send to lab. I was forced to pull my flesh back in place with it still not right cause I'm not a Dr. Sgt Baird and Nelson all seen these soiled clothes, Bruses and swelling on hands and ribs but they chose to just leave me in Cell crying in pain with no help and property. I 8 days until I got my property but still no medical care given.

INMATE SIGNATURE

**PART B --RESPONSE**          DATE RECEIVED   4/07/16

Mr. Jacoby,
You have been ordered Tylenol #3 for 5 days and scheduled to see Dr. Wilson on Tuesday.

Thank you.

CMS Department Head Signature

DATE   4/07/16

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

MEDICAL ADMINISTRATOR USE ONLY:
[ ] Medical      [ ] Dental      [ ] Mental Health      [ ] Other

| | | | | |
|---|---|---|---|---|
| [ ] | I Quality of Onsite Care | [ ] | VI Timeliness of Specialty Care |
| [ ] | II Quality of Specialty Care | [ ] | VII Medication Issues |
| [ ] | III Access to Onsite Care | [ ] | VIII Treatment and Testing Issues |
| [ ] | IV Access to Specialty Care | [ ] | IX Care Staff Conduct |
| [ ] | V Timeliness of Onsite Care | [ ] | X Other |

# C⊘RIZON
### HEALTH™

## Alabama Inmate Grievance

☐ **Medical Grievance**    ☒ **Medical Grievance Appeal**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be
aware that you may not check the appeal box if you have not previously submitted a
grievance for the same issue.

_Brant Jacoby_    _291560_    _D-31_    _3/29/16_
NAME           AIS #              UNIT        DATE

---

**PART A---Inmate Grievance**

I wrote A Grievance Over 2 weeks
Ago and A week Ago. Still no response yet.
This Appeal Grievance is about the inadequate Medical
Care I have been Recieving over the last 3 weeks
Now. I've had Bruised Fractured Rib's and Hand
and it took from the 5th to the 30th to get a X-Ray
and still haven't gotten to see a Dr. These people have
left me in pain down here in lock up for no reason
other than to try and cover up A Reported Rape & the nurses
here denied me pain medicare or adequate care. One of
the nurses had the Nerve to even drug test me today for
some reason because I told her about her silly and her stop FFS
Terrible Treatment.

**INMATE SIGNATURE**

---

**PART B –RESPONSE**    DATE RECEIVED _4/07/16_

Mr. Jacoby,
I assure you that we are not trying to
cover up a reported rape and we take
situations like this very seriously. According
to your MAR, you have recieved all pain
meds ordered with the exception of 5 doses.
Dr. Wilson has also ordered Tylenol #3 for
5 days. The drug screen was ordered by a
provider due to threatening behavior towards
medical staff. But you are scheduled to see
Dr. Wilson on Tuesday. I
encourage you to speak with    _E. Hamby HSA_
mental health about the    **CMS Department Head Signature**
situation that occurred as I
am sure it is very difficult for    _4/07/16_
you. If you would like to speak    **DATE**
with me I will be happy to see you.

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the
attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the
segregation sick call nurse on rounds.

<u>MEDICAL ADMINISTRATOR USE ONLY:</u>
☐ Medical    ☐ Dental    ☐ Mental Health    ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I   Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II   Quality of Specialty Care | ☐ | VII   Medication Issues |
| ☐ | III   Access to Onsite Care | ☐ | VIII   Treatment and Testing Issues |
| ☐ | IV   Access to Specialty Care | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X   Other |

**CORIZON** HEALTH

Alabama Department of Corrections

**Sick Call Request** *my left chest hurts*

*5th Side* * *Please Send Corozine*

**Reason for Sick Call Request:** I can't Breath my Ribs on my left Side Hurt so Bad that I can't sleep, sit up straight, lay on my side or cough without some pains shooting though me. even will speck of Blood day after up and or Brown gray looking stuff when I cough I think my left chest/lungs has 13 being pinched or something. My Right Pinky finger knuckle was dislocated and or Broken also during this Rage anything I need x-rays incident as well I had to try and Fix it myself and its Still not right Nobody will help me.

**Name (print):** Brent Jacoby          **AIS #** 29,500          **Date of Birth** 5-29-79

**Institution:** St Clair          **Housing Area:** D-2-31          **Date:** 3-20-16

**Sick Call Form Collected by Health Staff:** ___ (initials) **Title:** LPN **Date:** 3/20 **Time:** 12N

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ____ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ____ **Evaluate** in next scheduled Nurse Sick Call Clinic

**Signature/Title:** ____          **Date:** ____

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1. ____ Resolved by Nurse Encounter

2. ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

____ $4.00 – Nurse

____ $4.00 – OTC(s); **If Restrictive Housing-no OTC charge**

____ $4.00 – **Scheduled but Refused Encounter**

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other: ____

**AIS#** ____

Exhibit

D

Verified Complaint

and Service of 1983 Action

Verification

I Brent Jacoby do declare under the penalty of perjury that everything stated and hand written by me in my attached 1983 Action is true and correct and id like to reallege and incorporate enclosed exhibits and my claim into all future proceedings including summary judgement rulings motions to dismiss and post summary judgement proceedings. I am the victim herein and nothing in this matter is frivolous and all contents are true and correct.

4/30/16

Respectfully Submitted

Brent Jacoby,

Certificate of Service
I Brent Jacoby Did on this
1st day of May 2016 mail a copy of
said 1983 Action and exhibits to the
U.S. N-D.C Birmingham AL
35203