# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BRENT JACOBY, AIS #291560,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CV16-728-MHH-TMP |
| **CARTER, WARDEN, et al.,** | ) |
| Defendants. | ) |
| | |
| **BRENT JACOBY, AIS 291560,** | ) |
| Plaintiff, | ) |
| | ) CASE NO. 5:17-CV-53-MHH-TMP |
| **PREA COORDINATOR, ET AL.,** | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and jointly file this Joint Stipulation for Dismissal, and respectfully request that this honorable Court dismiss the above-styled actions with prejudice.

Respectfully submitted this the 13th day of February, 2019.

Steve Marshall
Attorney General

Carrie Ellis McCollum (ELL037)
General Counsel

/s/ Gary L. Willford, Jr.
Gary L. Willford, Jr. (WIL198)
Assistant Attorney General

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 Ripley Street
Post Office Box 301501
Montgomery, AL  36130-1501
334-353-3857
334-353-3891 Facsimile

/s/ Monica Agee     (with permission)
Monica Agee
Attorney for Plaintiff

**ADDRESS OF COUNSEL:**
Monica Agee, Attorney at Law
P.O. Box 611517
Birmingham, AL  35261
205-516-9623
205-207-1562 (Fax)
monicaagee@yahoo.com