FILED
2019 Feb-13 PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BRENT JACOBY,** | |
| Plaintiff, | |
| v. | Case No.: 4:16-cv-728-MHH-TMP |
| **WARDEN CARTER, et al.,** | |
| Defendants. | |
| **BRENT JACOBY,** | |
| Plaintiff, | |
| v. | Case No.: 5:17-cv-53-MHH-TMP |
| **PREA COORDINATOR, et al.,** | |
| Defendants. | |

## ORDER

The parties have filed a Joint Stipulation for Dismissal with prejudice. (Doc. 134). The Court **ORDERS** that these actions are **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to please close the files.

**DONE** and **ORDERED** this February 13, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE